IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DONNA DAWN KONITZER
a/k/a Scott Konitzer,

      Plaintiff,

      v.                 Case No. 03-C-717

BYRAN BARTOW, MATTHEW J. FRANK,
THOMAS MICHLOWSKI, MARIO CANZIANI,
SHARON ZUNKER, DAVID BURNETT, and
THOMAS SPEECH,

      Defendants.

ORDER ENTERING PRELIMINARY INJUNCTION
BARRING DEFENDANTS FROM WITHDRAWING PLAINTIFF'S HORMONE THERAPY

      On January 17, 2006, the plaintiff filed a motion for preliminary injunction enjoining the defendants from reducing or terminating the plaintiff's hormone therapy. On January 20, 2006, this Court entered a temporary preliminary injunction barring the defendants from withdrawing the plaintiff's hormonal therapy pending a full hearing on the plaintiff's motion for preliminary injunctive relief. *See,* Court's Order of January 20, 2006. In an order dated January 31, 2006, this Court scheduled a full hearing on the plaintiff's motion for preliminary injunction for August 24, 2006.

      Based on the parties' representations and agreement that the temporary preliminary injunction currently in effect should be extended until disposition of the case,

      IT IS ORDERED that the plaintiff's motion for a preliminary injunction enjoining defendants from reducing or terminating plaintiff Donna Dawn Konitzer's, a/k/a Scott Konitzer's, hormone therapy is granted, and that Defendants and persons acting under their

authority are directed to continue administration of the hormone therapy prescribed to the plaintiff as of January 17, 2006, until the Court issues a final decision in the case.

IT IS FURTHER ORDERED that the clerk may remove from the Court's calendar the August 24, 2006 date for a full preliminary injunction hearing on this matter.

BY THE COURT

8/1/2006 <u>s/ C. N. CLEVERT, JR.</u>
Charles N. Clevert, Jr.
United States District Judge