# United States District Court
## Eastern District of Wisconsin

Chambers of
Patricia J. Gorence
United States Magistrate Judge

U. S. Courthouse, Room 264
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-4165

September 13, 2010

Attorney Heather K. Gatewood
Davis & Kuelthau, SC
111 East Kilbourn Avenue
Suite 1400
Milwaukee, Wisconsin 53202

      Re:    <u>Konitzer v. Frank</u>, et. al. Mediation
             Case No. 03-c-717

Dear Attorney Gatewood:

      Thank you for your participation in the mediation of this case. I hope you found the experience both rewarding and informative. I am confident that Attorney Nusslock welcomed your assistance and support. Thank you again.

      Very truly yours,

      s/Patricia J. Gorence

      PATRICIA J. GORENCE
      United States Magistrate Judge

PJG:jc
Encl. as stated

cc: Inmate Konitzer

O:\CIV\Konitzer_Gatewood pro bono thank you letter.wpd    September 13, 2010

Case 2:03-cv-00717-CNC   Filed 09/10/10   Page 1 of 1   Document 274